In the Matter of the Appointment of a Committee of the Person, Property and Estate of ANNA KALTMAN, an Alleged Incompetent Person. ANNA KALTMAN, Alleged Incompetent Person; MEYER ALTERMAN, as Special Guardian.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *ante,* pp. 816, 817.]

ABELARDO CORSI v. ALBERT O. JENKINS et al.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante,* p. 825.]

ROBERT M. MORGAN et al., as Trustees of the Gratuity Fund of the NEW YORK PRODUCE EXCHANGE, et al. v. ROY ANDREAE et al., as Copartners under the Name of PRICE, WATERHOUSE & Co., et al., and JOHN W. F. NEILL, as a Copartner of PRICE, WATERHOUSE & Co. ROBERT M. MORGAN et al., as Trustees of the Gratuity Fund of the NEW YORK PRODUCE EXCHANGE, et al. v. ROY ANDREAE et al., as Copartners under the Name of PRICE, WATERHOUSE & Co., et al., and JOHN W. F. NEILL, as a Copartner of PRICE, WATERHOUSE & Co.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante,* p. 831.]

HAROLD SWAIN v. H. G. F. REALTY CORPORATION and GUSTAV HALPERN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante,* p. 820.]

SAUL G. BARNETT v. HARTFORD ACCIDENT & INDEMNITY COMPANY and ST. PAUL FIRE & MARINE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and the time of the impleaded defendant to answer the cross complaint of the defendant-respondent extended until ten days after service of order on payment of said costs and the costs awarded by the order of this court entered herein on June 15, 1945. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante,* p. 830.]

DAVID H. HUNTER v. ELEANORE E. HUNTER.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante,* p. 833.]

EMERGENCY COMMITTEE TO SAVE THE JEWISH PEOPLE OF EUROPE, INC., v. PIERRE VAN PAASSEN et al.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante,* p. 832.]

In the Matter of LOUIS BLITZER, Doing Business as 31ST STREET TRADING Co., against EDGAR BROMBERGER, as Commissioner of Investigation of the City of New York.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante,* p. 832.]

DOROTHY L. RODGERS, as Administratrix of the Estate of JERRY LIPMAN, Deceased, v. BENJAMIN KAHN et al., Individually and as Copartners Doing Business under the Name of LAWRENCE PRODUCTS COMPANY.— Motion for leave to appeal to the Court of Appeals and for other relief denied, with $10 costs, with leave to the plaintiff to serve an amended complaint within five days after service of order on payment of said costs and the costs awarded by the order of this court entered June 1, 1945. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *ante,* p. 771.]